DISMISS; Opinion issued October 16, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00067-CV

## PARADISO HOMEOWNERS ASSOCIATION, INC., Appellant

### V.

## MICHAEL OBUSEK, Appellee

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-07791-E

# MEMORANDUM OPINION

Before Justices Morris, Francis, and Murphy

The Court has before it appellant's motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a).

We **GRANT** the motion and **DISMISS** the appeal.

PER CURIAM

120067F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PARADISO HOMEOWNERS
ASSOCIATION, INC., Appellant

No. 05-12-00067-CV     V.

MICHAEL OBUSEK, Appellee

Appeal from the County Court at Law No. 5
of Dallas County, Texas. (Tr.Ct.No. CC-11-
07791-E).
Opinion delivered per curiam before Justices
Morris, Francis, and Murphy.

     Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is **ORDERED** to recover his costs of the appeal from appellant.

Judgment entered      October 16, 2012            .

JOSEPH B. MORRIS
JUSTICE